Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
255 N. Market Street, Suite 100
San Jose, California 95110
(650) 319-5554 telephone
(415)-874-7082 facsimile
whelanlaw@sbcglobal.net

Attorney for Defendant
SHERRY PETERSEN

FILED

DEC 0 7 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SHERRY PETERSEN,<br><br>Defendant. | Case No.CR09-00974-JW<br><br>STIPULATION AND [PROPOSED] TRAVEL ORDER |

The above-captioned parties, by and through their attorneys, stipulate as follows:

1. The defendant Sherry Peterson shall be and hereby is allowed to travel outside the Northern District of California (NDCA) to the City of Elk Grove in the Eastern District of California on the following dates: December 11, 2009 and December 31, 2009 through January 1, 2010. The United States Office of Pretrial Services shall set the times of defendant's departure from and return to NDCA. Prior to her departures, defendant is ordered to provide to Pretrial Services verifiable contact information regarding the person with whom and place where she will be staying/visiting in Elk Grove.

2. Pretrial Services Officer Paul Mamaril has approved the terms and conditions of this stipulation and proposed order.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: December 3, 2009

STEVEN E. SEITZ
Special Assistant United States Attorney

Dated: December 3, 2009

WM. MICHAEL WHELAN, JR.
Attorney for defendant Gilbert Munoz

### [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Sherry Peterson shall be and hereby is allowed to travel outside the Northern District of California (NDCA) to the City of Elk Grove in the Eastern District of California on the following dates: December 11, 2009 and December 31, 2009 through January 1, 2010. The United States Office of Pretrial Services shall set the times of defendant's departure from and return to NDCA. Prior to her departures, defendant is ordered to provide to Pretrial Services verifiable contact information regarding the person with whom and place where she will be staying/visiting in Elk Grove.

IT IS SO ORDERED.

DATED: 12/7/09

THE HONORABLE PATRICIA V. TRUMBULL
U.S. DISTRICT COURT MAGISTRATE JUDGE