Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
255 N. Market Street, Suite 100
San Jose, California 95110
(650) 319-5554 telephone
(4150 874-7082 facsimile
whelanlaw@sbcglobal.net

Attorney for Defendant
SHERRY PETERSEN

**Filed**

MAY 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>SHERRY PETERSEN,<br><br>　　Defendant. | Case No. CR-09-00974-JW<br><br>**STIPULATION AND PROPOSED TRAVEL ORDER** |

　　The captioned parties by and through their respective attorneys, Eumi Choi, A.U.S.A. for the United States, and Wm. Michael Whelan, Jr. for defendant Sherry Petersen hereby stipulate to the following terms and conditions of a Travel Order permitting the defendant to travel outside the Northern District of California. Supervising U.S. Pretrial Services Officer Paul Mamaril has reviewed and approved this travel order:

　　On May 8, 2010, the defendant shall be permitted to travel from and return to her home in Livermore, California in order to attend the birthday celebration of her friend Becke Roberts who resides at 2629 Kinsella Way, Roseville California 95747

(Sacramento County, Eastern District of California) Cell # 408-910-7033.

On May 29-31, 2010, the defendant shall be permitted to travel to and from her home to Lake Oroville within the Bidwell Canyon State Recreation Area in Oroville, CA (Butte County, Eastern District of California.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 4, 2010

EUMI CHOI
Assistant United States Attorney

Dated: May 4, 2010

WM. MICHAEL WHELAN, JR.
Attorney for defendant Sherry Petersen

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Sherry Petersen shall be and hereby is allowed to travel outside the Northern District of California (NDCA) as follows: (1) On May 8, 2010, the defendant shall be permitted to travel from and return to her home in Livermore, California in order to attend the birthday celebration of her friend Becke Roberts who resides at 2629 Kinsella Way, Roseville California 95747 (Placer County, Eastern District of California) Cell # 408-910-7033, and (2) On May 29 through 31, 2010, the defendant shall be permitted to travel to and from her home to Lake Oroville within the Bidwell Canyon State Recreation Area in Oroville, CA (Butte County, Eastern District of California).

IT IS SO ORDERED.
DATED: 5/12/10

THE HONORABLE PATRICIA V. TRUMBULL
U.S. DISTRICT COURT MAGISTRATE JUDGE