Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
95 S. Market Street, Suite 300
San Jose, California 95113
(650) 319-5554 telephone
(415) 874-7082 facsimile
whelanlaw@sbcglobal.net

Attorney for Defendant
SHERRY PETERSEN

**FILED**

AUG 2 3 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SHERRY PETERSEN,<br><br>　　　Defendant. | Case No. CR-09-00974-JW<br><br>STIPULATION AND PROPOSED TRAVEL ORDER |

The captioned parties by and through their respective attorneys, Eumi Choi, A.U.S.A. for the United States, and Wm. Michael Whelan, Jr. for defendant Sherry Petersen hereby stipulate to the following terms and conditions of a Travel Order permitting the defendant to travel outside the Northern District of California. Supervising U.S. Pretrial Services Officer Paul Mamaril has reviewed and approved this travel order:

On August 21 and 22, 2010.August 28 and 29, 2010 the defendant shall be allowed to travel to and from her home in Livermore to the home of Alfred & Cheryl Calderon, 7937 Ocelot Ct., Sacramento, CA 95829, phone number 916-682-7653 in order to help

her friends build a garage.

On September 3 through 6, 2010, the defendant shall be permitted to travel to and from her home in Livermore to Loon Lake Campground in the Eldorado National Forest, Eldorado County, California (Eastern District of California.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 16, 2010

EUMI CHOI
Assistant United States Attorney

Dated: August 16, 2010

WM. MICHAEL WHELAN, JR.
Attorney for defendant Sherry Petersen

## ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Sherry Petersen shall be and hereby is allowed to travel outside the Northern District of California (NDCA) as follows: (1) On August 21 and 22, 2010.August 28 and 29, 2010 the defendant shall be allowed to travel to and from her home in Livermore to the home of Alfred & Cheryl Calderon, 7937 Ocelot Ct., Sacramento, CA 95829, phone number 916-682-7653 in order to help her friends build a garage, and (2) On September 3 through 6, 2010, the defendant shall be permitted to travel to and from her home in Livermore to Loon Lake Campground in the Eldorado National Forest, Eldorado County, California (Eastern District of California).

IT IS SO ORDERED.
DATED: 8/23/10

THE HONORABLE PATRICIA V. TRUMBULL
U.S. DISTRICT COURT MAGISTRATE JUDGE

STIPULATION AND ORDER